In the Matter of the Claim of MARY M. MCLAUGHLIN, Respondent, against
WESTCHESTER COUNTY CONCRETE COMPANY and Another, Appellants. STATE
INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State

Industrial Board. Van Kirk, P. J., Davis, Whitmyer and Hasbrouck, JJ., concur; Hinman, J., dissents on the ground that there is no evidence to support the finding that claimant's total disability is due to the accident.

In the Matter of the Claim of REGINA MONGEON, Respondent, against GOULD PAPER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.